UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVID HERNANDEZ, | ) | Case No. CV 14-07035-DSF (DTB) |
| Petitioner, | ) ) | |
| vs. | ) ) | **J U D G M E N T** |
| CLARK E. DUCART, Warden, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed with prejudice.

Dated: __1/19/16__

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE